SUCCESSION OF R. L. SCHMIDT.—WM. CREEVY, Administrator.—J. MARKS et al., Opponents.

*Per curiam :* We concede in proper cases, the right and propriety of an administrator to employ such agents as a collector and book-keeper, and to pay them out of the assets of the succession.

APPEAL from the District Court of the Parish of Iberville, *Avery*, J. *Lacy & Upton* and *A. Talbot*, for plaintiff and appellant. *Zenon Labauve, S. Matthews* and *E. W. Blake*, for defendants and opponents.

DUFFEL, J. This is an appeal, by the administrator of the succession of *R. L. Schmidt*, from a judgment homologating a provisional account rendered by said administrator.

The counsel of the administrator complains, in his brief, of the rejection by the District Court, 1st. Of the claim of *John B. Patterson*, as bookkeeper employed by the administrator, to draw up the accounts due to the deceased. 2d. Of the claim of *E. A. Arceneaux*, for collections made at the instance of the administrator.

We concede, in proper cases, the right and propriety of an administrator, to employ such agents, and to pay to them a reasonable remuneration out of the assets of the succession, but the evidence adduced is wholly insufficient to show, in this particular case, the necessity of employing a book-keeper and a collector, and we have no evidence of the value of their services, and we may add, none that the services were rendered.

Judgment affirmed.